UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OLLIE COLEMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-425** |
| **MARCUS MYERS** | **SECTION: "I"(1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Ollie Coleman, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Ollie Coleman is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 31st day of August, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**